# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

IN RE

    Scott J. Payne  
    Carol E. Payne

Case No. 21-47687  
Chapter 13  
HON. Oxholm

    Debtor(s).

_____/

**ORDER FOR ADJOURNING HEARING**

This matter having come on for hearing on **December 13, 2021**, regarding (ONLY PROVISIONS CHECKED BELOW SHALL APPLY):

[ ] A Motion to Dismiss  
[X] Confirmation of Plan  
[ ] A Motion to lift stay as to Creditor  
[ ] Plan Modification  
[ ] Other: _____

The parties having agreed to the terms herein, based on the records of the Court, the court being otherwise sufficiently advised in the premises, and there being no adverse impact upon any party by way of this action, thus no notice is required to be given; now therefore;

    IT IS ORDERED AND AGREED that:  
    (ONLY PROVISIONS CHECKED BELOW SHALL APPLY)

[X] The above referenced matter is adjourned to 3/14/2022 at 10:00 AM

    **IT IS FURTHER ORDERED** that if any of the above is not completed by the date and time specified, the case shall be dismissed upon Order of the Court without further notice or hearing.

    **IT IS FURTHER ORDERED** that the deadline for the Chapter 13 Trustee to file objections to confirmation of the Plan and/or any amended Plan is extended to twenty-one (21) days from the conclusion of the Meeting of Creditors.

    **IT IS FURTHER ORDERED** that the Debtor or Debtor's Counsel shall immediately provide notice of the entry of this Order to all interested parties.

**Signed on December 8, 2021**

/s/ Maria L. Oxholm  
_____  
**Maria L. Oxholm**  
**United States Bankruptcy Judge**